UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

DIRECTV, INC.,

               Plaintiff,

v.                                                           **ORDER**
                                                            04-CV-297

TIMOTHY ROWLAND,

               Defendant.

On May 13, 2005, Defendant Timothy Rowland notified this Court through counsel that he had filed for bankruptcy under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Western District of New York. (See Docket No. 42.) Accordingly, this case is automatically stayed pursuant to 11 U.S.C. § 362(a).

IT HEREBY IS ORDERED, that pursuant to the stay provisions of 11 U.S.C. § 362(a) and by agreement of all counsel, this case is stayed as to the debtor[1] and hereby designated to this Court's inactive administrative calendar.

FURTHER, that Defendant's counsel shall notify this Court and Plaintiff's counsel upon Defendant's emergence from bankruptcy.

SO ORDERED.

Dated:   October 21, 2005
             Buffalo, New York

                                                          /s/William M. Skretny
                                                     WILLIAM M. SKRETNY
                                               United States District Judge

---

[1] As noted by Judge Scott, 11 U.S.C. § 362(a) stays this action only as to the debtor. Defendant's counsel is therefore not relieved of his obligation to comply with Judge Scott's sanction orders. (See Docket Nos. 45, 49.)